

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00189-CV

**IN RE** Jason **SAINT-FLEUR (J.S.-F.)**

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Adrian A. Spears II, Justice

Delivered and Filed: April 1, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

On March 9, 2026, relator filed a petition for writ of mandamus. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes relator has not shown that he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2023-PA-01433, styled *In the Interest of a Child, J.S.-F.*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Marisa Flores presiding.